People of State of Illinois ex rel. Frances M. Gray et al., Appellees, v. Stephen E. Hurley et al., Appellants.

Gen. No. 45,634.

John J. Mortimer, Corporation Counsel of Chicago, for appellants; L. Louis Karton, Head of Appeals and Review Division, Carl H. Lundquist, and Stanley R. Drebin, Assistant Corporation Counsel, of counsel; Michael F. Ryan, for appellees; Richard F. McPartlin, Jr., of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full. Opinion filed November 6, 1952; rehearing denied November 24, 1952; released for publication December 9, 1952.